## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Remzi Arifi

**Plaintiff(s),**

v.

FedEx Ground Package System, Inc. dba FedEx Package Distribution Center,

**Defendant(s).**

Civil Case No. 3:13-cv-1871-AC

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney __Joseph P. McHugh__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: __McHugh__, __Joseph__, __P.__
     (Last Name)    (First Name)    (MI)  (Suffix)

Firm or Business Affiliation: __FedEx Ground Package System, Inc.__

Mailing Address: __1000 FedEx Drive__

City: __Moon Township__  State: __PA__  Zip: __15108__

Phone Number: __(412) 859-5917__  Fax Number: __(412) 747-8496__

Business E-mail Address: __joseph.mchugh@fedex.com__

**(2)**    **BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):
Supreme Court of Pennsylvania - May 20, 1996 - 77489

State of Illinois - November 4, 1993 - 6216528

    **(b)**    ~~Other federal court admission(s), date(s) of admission, and bar ID number(s):~~
ND Illinois - December 16, 1993; ED Wisconsin - 1994;

WD Pennsylvania - 1995; ND West Virginia - 2007;

WD Washington - May 25, 2007; ND Florida - August 15, 2008;

U.S. Court of Appeals, 3rd Circuit - March 14, 1997; U.S. Supreme Court - July 14, 2000

**(3)**    **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑   I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐   I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)**    **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE** See Declaration of

I have a current professional liability insurance policy in the amount of $ Joseph P. McHugh that will apply in this case, and that policy will remain in effect during the course of these proceedings.

**(5)**    **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
FedEx Ground Package System, Inc.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 7th day of November, 2013

*(Signature of Pro Hac Counsel)*

Joseph P. McHugh
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 8th day of November, 2013

*(Signature of Local Counsel)*

Name: Baker, Mitchell, C.
    *(Last Name)*  *(First Name)*  *(MI)*  *(Suffix)*

Oregon State Bar Number: 981358
Firm or Business Affiliation: Fisher & Phillips, LLP
Mailing Address: 111 SW Fifth Avenue, Suite 4040
City: Portland    State: OR    Zip: 97204
Phone Number: (503) 242-4262    Business E-mail Address: mbaker@laborlawyers.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I served the foregoing APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* and DECLARATION OF JOSEPH P. MCHUGH IN SUPPORT OF APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* by the method(s) indicated below on:

Glen D. Mark
POWERS & MARK
38504 NW Reader Rd.
Portland, OR 97231
Tel: (503) 621-7499   Fax: (503) 621-0500
*Attorney for Plaintiff*

by the following indicated method(s):

☒  **Electronic filing via the CM/ECF system.**

☐  **Fax and Mail**: by faxing to the attorney at the fax number as above stated, which is the last known fax number for the attorney's office, on the date set forth below; and by mailing a full, true, and correct copy in a sealed envelope with postage prepaid thereon, addressed as above stated, which is the last-known office address of the attorney, and depositing it with the United States Postal Service at Portland, Oregon, on the date set forth below. ☐ **Plus E-mail***

☐  **Regular or Priority Mail**: by mailing a full, true, and correct copy thereof in a sealed envelope with postage prepaid thereon, addressed as above stated, which is the last-known office address of the attorney, and

  ☐  Depositing it with the United States Postal Service at Portland, Oregon, on the date set forth below. ☐ **Plus E-mail***

  ☐  Sending it via a priority mail service on the date set forth below. ☐ **Plus E-mail***

☐  **Hand-Delivery**: by causing a full, true and correct copy thereof to be hand-delivered to the attorney at either the attorney's last-known office address as above stated, on the date set forth below, or at another location where the attorney is known to be, on the date set forth below.

**\* E-Mail:** Where checked above, e-mail was effected by causing a full, true and correct copy thereof to be transmitted to the attorney in WordPerfect or Word format via electronic correspondence to the attorney's last-known e-mail address in accordance with United States District Court Local Rule 5.2(b) or in PDF format where Rule 5.2(b) is no applicable.

DATED this 8th day of November, 2013.       /s/ Mitchell C. Baker
                                            Mitchell C. Baker, OSB 981358
                                            Laura P. Jordan, OSB 063855
                                            Attorneys for Defendant

Page 1   **CERTIFICATE OF SERVICE**                    FISHER & PHILLIPS LLP
                                                       111 SW Fifth Ave., Ste. 4040
                                                       Portland, Oregon 97204
                                                       (503) 242-4262

Portland 115230.1